158 A.3d 76

COMMONWEALTH of Pennsylvania, Respondent

v.

Alberto Lee TORRES, Petitioner

No. 385 MAL 2016

Supreme Court of Pennsylvania.

September 27, 2016

658

## ORDER

PER CURIAM

**AND NOW**, this 27th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.